1062

No. 99–1046. SMITH v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to file petition for writ of certiorari under seal with redacted copies for the public granted. Certiorari denied.

No. 99–1074. SAMAROO v. AT&T MANAGEMENT PENSION PLAN. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1272. INVESTORS GUARANTY FUND LTD. v. MORGAN STANLEY & CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1292. UNITED STATES BAKERY, INC., DBA SNYDER'S BAKERY, INC. v. SCHNEIDER ET AL. Ct. App. Wash. Motion of American Bakers Association et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 99–6708. O'NEILL v. COHN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, 528 U. S. 1085;
No. 99–6792. RELIFORD v. SOUTH CAROLINA, 528 U. S. 1087;
No. 99–6885. PAGANO v. MASSACHUSETTS, 528 U. S. 1089;
No. 99–7053. HOWELL v. HELMAN, WARDEN, 528 U. S. 1093;
No. 99–7054. VALENZUELA FLORES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 1122;
No. 99–7060. MCGUIRE v. ARKANSAS ET AL., 528 U. S. 1123;
No. 99–7180. STEVENS v. MICHIGAN, 528 U. S. 1164;
No. 99–7777. TRAPP v. SUPREME COURT OF WASHINGTON, 528 U. S. 1179; and
No. 99–7822. JIMENEZ v. UNITED STATES, 528 U. S. 1183. Petitions for rehearing denied.

APRIL 5, 2000

No. 99–5. UNITED STATES v. MORRISON ET AL.; and